

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00132-CR

Leonard Garcia **LAZO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 12-05-00060-CRK
Honorable Bert Richardson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We GRANT appellate counsel's motion to withdraw.

SIGNED December 10, 2014.

_____
Sandee Bryan Marion, Justice